# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONTAY MACK,** | : | **CIVIL ACTION** |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO.  25-4224 |
| | : | |
| **OFC SEAN BURNETT**, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of January 2026, upon consideration of plaintiff Dontay Mack's *pro se* Amended Complaint (DI 9) it is **ORDERED**:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

 

_____
**MURPHY, J.**